**ORDERED SEALED BY COURT**

08 MAR -5 AM 10:08

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 08 MJ 0672 |
| Plaintiff, | |
| v. | ORDER SEALING SEARCH WARRANT; AND THE APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |
| 315 Westbourne Street La Jolla, California and red Ford Mustang with California Tag No. 6BUV942 | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant; and the application and affidavit for search warrant; and this order be sealed until further order of the court.

IT IS FURTHER ORDERED that a copy of the search warrant may be left at the premises searched.

DATED: March 5, 2008

_____
HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

_____
MITCHELL D. DEMBIN
Assistant U.S. Attorney