AO 93 (Rev 5/85) Search Warrant
Case 3:08-mj-00672-CAB    Document 4    Filed 03/10/2008    Page 1 of 18
Unsealed as of 3/13/08

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**ORDERED SEALED BY COURT**

**In the Matter of the Search of**

315 Westbourne Street
La Jolla, California
and red Ford Mustang with
California Tag No. 6BUV942

SEARCH WARRANT

CASE NUMBER: '08 MJ 0672

TO:   US Postal Inspector John Liam Gimon and any Authorized Officer of the United States:

Affidavit having been made before me by US Postal Inspector John Liam Gimon who has reason to believe that on the premises known as:

See Attachment A

in the Southern District of California there is now concealed a certain person or property, namely:

See Attachment B

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before **March 15, 2008** (not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime (6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Hon. Cathy Ann Bencivengo, United States Magistrate Judge, as required by law.

Issued:

March 5, 2008 at 9:50 am at San Diego, California

HONORABLE CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>3/5/2008 | DATE AND TIME WARRANT EXECUTED<br>3/6/2008  7:15 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Ben Anderson |
| INVENTORY MADE IN THE PRESENCE OF: Ben Anderson | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br><br>SEE ATTACHED INVENTORY LISTS. | | |

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____   3/10/08
U.S Judge or Magistrate Judge                  Date

CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE

## Attachment A

The residence and vehicle of Benjamin Anderson, which is located at 315 Westbourne Street, La Jolla, California. The residence is a multi-level, brown attached condominium located off of Westbourne Street, behind 303 Westbourne Street, La Jolla, California. The residence is abutted in the rear by an alleyway, with two (2) individual garages allowing access to the alleyway. The front door of the residence is facing north towards Westbourne Street. The front door is located behind a tall wooden fence, with the number 315 in metal numbers located on the gate. Next to the front door is a large sliding glass door.

The vehicle, usually parked in front of the residence, is a red Ford Mustang Saleen with California license tag 6BUV942.

## ATTACHMENT B

Authorization is sought to search for and seize evidence that Benjamin Anderson utilized online auction sites and the U.S. Mail to defraud individuals in violation of Title 18, United States Code, Section 1341, Mail Fraud and used the proceeds to promote the carrying on of that activity and conceal the proceeds of that activity in violation of Title 18, United States Code, Section 1956. Authorization to search includes any detached structures from the primary premises if such additional structures exist. This authorization includes the search of physical documents and includes electronic data to include deleted data, remnant data and slack space. The seizure and search of computers and computer media will be conducted in accordance with paragraph 21 of the affidavit submitted in support of this warrant. Items to be seized specifically include the following:

- Any and all records and information reflecting any online auction activity and including any activity by Apro Auctions, Apropos Auctions, and Apropras Auctions;
- Bank statements and other records of financial transactions;
- Tax information to include Federal and State returns;
- All communications with sellers and purchasers regarding online auctions;
- All evidence reflecting violations of Title 18, United States Code, Section 1341 regarding online auctions; and,
- All evidence reflecting the disposition of proceeds from sales in online auctions; and,
- All evidence identifying any co-conspirators in the fraudulent online auction scheme.

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

#1

Position/Box.: ____/____

Subject Name: BEN ANDERSON
Date: 3/6/08
Subject Address: 315 WESTBOURNE ST, 92037
Floor/Room No.: A - CLOSET
Inspector(s): CADENA
Case No.: 0335-1713544-MF(2)

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____
Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| | Various Gift Cards |

DISTRIBUTION OF COPIES: White- *U.S. Magistrate (Return with Warrant)*
Yellow- *Inspector (Attach to PS Form 714)*
Pink- *Subject Searched*
Green- *Evidence Control Officer (Attach to PS Form 714)*

Page ____ of ____ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: BEN ANDERSON
Subject Address: 315 WESTBOURNE ST, La Jolla
Inspector(s): _____
Date: 3-6-08
Floor/Room No.: A
Case No.: 0355-1713544-MF(2)

Safe: _____  Cabinet: _____  Credenza: _____  Desk: X  Drawer: _____
Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| — | Misc Envelopes Addressed to Apropro Auction — opened |
| — | Numerous National Geographic Magazines. |
| — | Letter from Michigan Attorney General. |
| — | Copy of Banking Info including Copy of Stop Payment Checks |

DISTRIBUTION OF COPIES:  White- U.S. Magistrate (Return with Warrant)
Yellow- Inspector (Attach to PS Form 714)
Pink- Subject Searched
Green- Evidence Control Officer (Attach to PS Form 714)

Page ____ of ____ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: BEN ANDERSON
Date: 3-6-08

Subject Address: 315 WESTBOURNE ST, LA JOLLA CA
Floor/Room No.: A - CLOSET

Inspector(s): CADENA
Case No. 0335-1713544-MF (?)

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____
Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 17 | MAILERS |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)
Page ____ of ____ pages
PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: ____/____

Subject Name: BEN ANDERSON
Date: 3-6-08
Subject Address: 315 WESTBOURNE ST LA JOLLA CA
Floor/Room No.: A - BATHROOM CLOSET
Inspector(s): NEVE
Case No. 0355-1713544-MF(2)

Safe: ____  Cabinet: ____  Credenza: ____  Desk: ____  Drawer: ____
Shelf: ____  Table: ____  Wall: ____  Other: BATHROOM CLOSET FLOOR

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| | Bag of OPENED MAIL Addressed TO APROPROS AUCTION |

Robert Neve
3-6-08

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page ____ of ____ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

#5

Position/Box.: _____ / _____

Subject Name: BEN ANDERSON
Date: 3-6-08
Subject Address: 315 WESTBOURNE ST LA JOLLA CA
Floor/Room No.: A - BATHROOM CLOSET
Inspector(s): NEVE
Case No.: 0355-171354Y-MF(2)

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____
Shelf: _____  Table: _____  Wall: _____  Other: BATHROOM CLOSET FLOOR

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
|  | Bag of Mail (opened) Addressed to Apropos Auctions. |
|  | Robert Neve |
|  | 3-6-08 |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page ____ of ____ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: ____ / ____

Subject Name: BEN ANDERSON
Date: 3-6-08
Subject Address: 315 WESTBOURNE ST, LA JOLLA CA
Floor/Room No. A - CLOSET / PANTRY
Inspector(s): CADENA
Case No. 0335-1713544-MF(2)

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____
Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | VARIOUS MAIL |

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page ___ of ___ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: BEN ANDERSON
Date: 3-6-08
Subject Address: 315 WESTBOURNE ST, LA JOLLA CA
Floor/Room No.: ROOM A - BATHROOM CLOSET
Inspector(s): NEVE
Case No.: 0335-171354-MF(2)

Safe: _____   Cabinet: _____   Credenza: _____   Desk: _____   Drawer: _____
Shelf: _____   Table: _____   Wall: _____   Other: BATHROOM CLOSET - TOP RIGHT SHELF

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
|  | OPEN MAIL ADDRESSED TO APROPRO AUCTIONS |
|  | Robert Neve |
|  | 3-6-08 |

DISTRIBUTION OF COPIES:
White- *U.S. Magistrate (Return with Warrant)*
Yellow- *Inspector (Attach to PS Form 714)*
Pink- *Subject Searched*
Green- *Evidence Control Officer (Attach to PS Form 714)*

Page ___ of ___ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Ben Anderson
Date: 3-6-08

Subject Address: 315 Westbourne St La Jolla CA
Floor/Room No.: A

Inspector(s): Cadena
Case No. 0335-1713544-MF (2)

Safe: _____   Cabinet: Next to Bathroom   Credenza: _____   Desk: _____   Drawer: _____

Shelf: _____   Table: _____   Wall: _____   Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 2 | National Geographic Magazines |
| 1 | Newsweek Magazine |
|   | Various pieces of Mail |

DISTRIBUTION OF COPIES:
White- U.S. Magistrate (Return with Warrant)
Yellow- Inspector (Attach to PS Form 714)
Pink- Subject Searched
Green- Evidence Control Officer (Attach to PS Form 714)

Page ___ of ___ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Ben Anderson
Date: 3-6-08
Subject Address: 315 Westbourne St, La Julla Ca
Floor/Room No.: E
Inspector(s): Arias
Case No.: 0335-171354Y-MF(2)

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____
Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 2 | Smoking Pipes |
| 1 | Jar w/ Green Leafy Substance |
| 1 | Carry Case |

DISTRIBUTION OF COPIES:
White - *U.S. Magistrate (Return with Warrant)*
Yellow - *Inspector (Attach to PS Form 714)*
Pink - *Subject Searched*
Green - *Evidence Control Officer (Attach to PS Form 714)*

Page _____ of _____ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

#10

Position/Box.: _____ / _____

Subject Name: Ben Anderson
Date: 3/6/08
Subject Address: 515 Westbourne St LaJolla
Floor/Room No. _____
Inspector(s): _____
Case No. _____

Safe: _____   Cabinet: _____   Credenza: _____   Desk: X   Drawer: _____
Shelf: _____   Table: _____   Wall: _____   Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 23 | Mastercard Gift Cards |
| 3 | Visa Gift Cards |

DISTRIBUTION OF COPIES:  White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS Form 714)
Pink - Subject Searched
Green - Evidence Control Officer (Attach to PS Form 714)

Page ____ of ____ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box: ___/___

Subject Name: BEN ANDERSON
Date: 3/6/08
Subject Address: 315 WESTBOURNE ST, LA JOLLA 92037
Floor/Room No.: VEHICLE
Inspector(s): HAZON
Case No.: 0335-1713544-MF(2)

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ___  Drawer: ___
Shelf: ___  Table: ___  Wall: ___  Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 3 | MOTOROLLA CELL PHONES |
|  | VARIOUS MAIL |

DISTRIBUTION OF COPIES: White-U.S. Magistrate (Return with Warrant)
Yellow-Inspector (Attach to PS Form 714)
Pink-Subject Searched
Green-Evidence Control Officer (Attach to PS Form 714)

Page ___ of ___ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Ben Anderson  Date: 3/6/08
Subject Address: 315 Westbourne St La Jolla  Floor/Room No. A
Inspector(s): Feanne  Case No. _____

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____
Shelf: _____  Table: _____  Wall: _____  Other: Floor - Black Bag

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| — | Bank Statements from Comerica for Apropos Auction LLC |
| — | Empty Envelopes Addressed to Apropos Auction |
| — | Various BBB and DOJ Inquiries for Apro Auction - Letter |
| 1 | Ck for Apropos Auction |
| 1 | Folder Containing Invoices |
| 1 | Pokmail Card |
| 1 | Visa Gift Card - Steve Bozell |
| 9 | Visa Gift Cards - no name |
| 1 | Visa Gift Card - Joseph Liston |
| 9 | Master Card Gift Card - no name |

DISTRIBUTION OF COPIES:  White - U.S. Magistrate (Return with Warrant)
Yellow - Inspector (Attach to PS Form 714)
Pink - Subject Searched
Green - Evidence Control Officer (Attach to PS Form 714)

Page _____ of _____ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

FB 13

Position/Box.: ____/____

Subject Name: BEN ANDERSON

Date: ~~2/8/08~~ 3/6/08

Subject Address: 315 WESTBOURNE ST, 92037

Floor/Room No. A

Inspector(s): CADENA

Case No. ____

Safe: ____  Cabinet: ____  Credenza: ____  Desk: ____  Drawer: ____

Shelf: ____  Table: ____  Wall: ____  Other: ____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | TOSHIBA LAPTOP MODEL# A55-S106 (SN: 75108011H)   A0033/097 |
| 1 | IBM THINKPAD (LAPTOP) (SN: H2190)   A0033/098 |
| 1 | EFILM USB DRIVE (SN: 4708/966)   A0033/099 |
| 1 | IBM THINKPAD (LAPTOP) (SN: 78-LZHOT)   A0033/096 |
| 1 | USB THUMBDRIVE CTU-032M (NO SN)   A0033/095 |
| 1 | IBM THINKPAD (LAPTOP) (SN: 78-KKCBG)   A0033/094 |

6

DISTRIBUTION OF COPIES: White- U.S. Magistrate (Return with Warrant)
Yellow- Inspector (Attach to PS Form 714)
Pink- Subject Searched
Green- Evidence Control Officer (Attach to PS Form 714)

Page ____ of ____ pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: Ben Anderson
Date: 3/6/08
Subject Address: 515 Westbourne St, La Jolla CA
Floor/Room No.: A
Inspector(s): Fiona
Case No.: _____

Safe: ____  Cabinet: ____  Credenza: X  Desk: ____  Drawer: ____
Shelf: ____  Table: ____  Wall: ____  Other: ____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| — | Pile of Empty Envelopes & Repro Auctr. |
| — | Misc. paperwork Re: Apropos Auctions |
| — | 2 Memory Chips |

DISTRIBUTION OF COPIES: White- *U.S. Magistrate (Return with Warrant)*
Yellow- *Inspector (Attach to PS Form 714)*
Pink- *Subject Searched*
Green- *Evidence Control Officer (Attach to PS Form 714)*

Page ____ of ____ pages

PS Form 8164, October 1993