```
 1  KAREN P. HEWITT
    United States Attorney
 2  PAUL L. STARITA
    Assistant U.S. Attorney
 3  California State Bar No. 219573
    880 Front Street, Room 6293
 4  San Diego, California 92101
    Telephone: (619) 557-6507
 5
    Attorneys for Plaintiff
 6  United States of America
```



FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GRAND JURY PROCEEDINGS POSSIBLE VIOLATIONS OF TITLE 8, UNITED STATES CODE, SECTION 1324(a)(1)(A)(iii) AND (v)(II), AND TITLE 8, UNITED STATES CODE, SECTION 1324(a)(2)(B)(ii), AND TITLE 18, UNITED STATES CODE, SECTION 2 | Magistrate Case No. '08 MJ 8241<br><br>MOTION AND ORDER TO SEAL COMPLAINT AND STATEMENT OF FACTS |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Paul S. Starita, Assistant United States Attorney, and hereby moves that the Complaint and Statement of Facts be ordered sealed until further order of the court for the reason being, the matter is an ongoing investigation.

DATED: March 17, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ PAUL L. STARITA
Assistant U.S. Attorney

FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8241

| | |
|---|---|
| IN RE: GRAND JURY PROCEEDINGS POSSIBLE VIOLATIONS OF TITLE 8, UNITED STATES CODE, SECTION 1324 (a)(1)(A)(iii) AND (v)(II), AND TITLE 8, UNITED STATES CODE, SECTION 1324(a)(2)(B)(ii), AND TITLE 18, UNITED STATES CODE, SECTION 2 | Magistrate Case No.<br><br>ORDER TO SEAL COMPLAINT AND STATEMENT OF FACTS |

IT IS HEREBY ORDERED that the Complaint and Statement of Facts and Order be ordered sealed until further order of the Court for the reason being, the matter is an ongoing investigation.

IT IS SO ORDERED.

DATED: March 17, 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE